# Court of Appeals
# of the State of Georgia

ATLANTA, _June 28, 2022_

*The Court of Appeals hereby passes the following order:*

## A22D0412. GREESHA PATEL v. CITY OF ATLANTA.

On June 6, 2022, Greesha Patel filed this application for discretionary review of the trial court's January 7, 2022 order granting the City of Atlanta's motion to dismiss.[1] We lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As this application was filed 150 days after entry of the order at issue, the application is untimely and is hereby DISMISSED. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _06/28/2022_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*

---

[1] It appears that the order was subject to direct appeal, and Patel also filed a timely notice of appeal from the same order. See Case No. A22A1478. However, that appeal is subject to dismissal for failure to file a brief. See Court of Appeals Rule 23 (a).